1    <u>COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §1983</u>

2

3    Name _MASON, DEMARC M._

4    (Last)          (First)          (Initial)

5    Prisoner Number _J-77626    CALIFORNIA MEDICAL FACILITY_

6    Institutional Address _P.O. BOX 2000 / T-245_

7    _Vacaville, CA 95696-2000_

8

9    **UNITED STATES DISTRICT COURT**
     **NORTHERN DISTRICT OF CALIFORNIA**

10

11   _MASON, DEMARC M._
     (Enter the full name of plaintiff in this action.)

     CV 08 3861

12                    vs.                          Case No. _____
                                                   (To be provided by the clerk of court)
13   J. Lewis (RN)    S. moreno (FC)
                                                   **COMPLAINT UNDER THE**
14   E. Ferreir (RN)    m. moran (CCI)             **CIVIL RIGHTS ACT,**
                                                   **42 U.S.C §§ 1983**
15   D. Peterson (LT)  K. Hayward (CCII)

16   _____
     (Enter the full name of the defendant(s) in this action)
17

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    <u>Exhaustion of Administrative Remedies</u>

20         [**Note:** You must exhaust your administrative remedies before your claim can go

21         forward. The court will dismiss any unexhausted claims.]

22         A.    Place of present confinement _California medical facility_

23         B.    Is there a grievance procedure in this institution?

24               YES (X)    NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26         procedure?

27               YES (X)    NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                           - 1 -

1  each level of review. If you did not pursue a certain level of appeal, explain why.

2  1. Informal appeal _Granted in Part on 6-13-08._

3  _(But I have not received the 602.)_

4  _And I'm awaiting an answer on a A.D.A. form_

5  2. First formal level_____

6  _____

7  _____

8  3. Second formal level_____

9  _____

10  _____

11  4. Third formal level _____

12  _____

13  _____

14  E.   Is the last level to which you appealed the highest level of appeal available to you?

15       YES ( )      NO (X)

16  F.   If you did not present your claim for review through the grievance procedure, explain

17  why. _I don't receive the 602 back, and I can't_

18  _get the appeals staff to follow-up on locating, and/_

19  _or telling me which part was granted._

20  II.   Parties

21  A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

22  _mason, D J-77626  T-245_

23  _P.O. Box 2000_

24  _VACville, CA 95696_

25  B.   Write the full name of each defendant, his or her official position, and his or her place of

26  employment.

27  _J.Lewis (R.N.) E.Ferreir (R.N.)(LT.) D. Peterson. Assignment_

28  _officer. S.moreno (FC)(CC-2)m.moran. K.Hayward, CC-II_

**COMPLAINT**                    - 2 -

1  All work at California medical facility.

2

3

4  III.    Statement of Claim

5        State here as briefly as possible the facts of your case. Be sure to describe how each

6  defendant is involved and to include dates, when possible.  Do not give any legal arguments or cite any

7  cases or statutes.  If you have more than one claim, each claim should be set forth in a separate

8  numbered paragraph.

9  I presented a chrono to J. Lewis on 4-22-08. That states not to

10  lift more that (ten) 10 lbs for six weeks. I was sent back to my

11  housing, where the housing officer ask for my work card, That

12  action came from E. Ferreir supervising R.N. & R.N. J. Lewis

13  of the Dialysis clinic. On 5-23-08 J. Lewis submited a chrono to

14  have me removed from my job assigment, the assigmen office

15  is supervised by D. peterson (LT) Who authorized my

16  unassigment. On 5-28-08 I was takeno to

17  U.C.C. (unit Classification) and was offici

18  officially unassign from Dialysis By m. moran, CC-I(A)

19  K. Hayward, CC II, and S. moreno, F.C.

20

21  All above names participated in wrongfull termination

22  IV.    Relief

23        Your complaint cannot go forward unless you request specific relief.  State briefly exactly what

24  you want the court to do for you.  Make no legal arguments; cite no cases or statutes.

25  Compensation for time miss at my job assigment, and

26  Compensation from each defendant in the amount

27  of $5,000 each.

28

COMPLAINT                          - 3 -

1

2

3

4     I declare under penalty of perjury that the foregoing is true and correct.

5

6     Signed this ___7___ day of _____27_____, 20__08__

7

8     _____

9            (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                    - 4 -

Part of my job consist of moving Dialysis supplies from the basement to the storage area in the Dialysis Clinic. On 4-3-08 I hurt my back moving cases of water, and had ms. E. Ferreir to get me in to see a doctor at B-1. At 10:32 I seen F. Long, MD, Doctor Long Order x-rays, and pain med, along with a Lay-in for 7 days, and in that time I would see my doctor; N. Saukhla, MD. I did not see Doctor Saukhla within that time. On 4-11-08 I needed to see a doctor and/or get my lay-in extend until I see my doctor. On 4-16-08 I seen my doctor, and he ordered more meds along with a _temporary_ Chrono (Not to lift no more then 10 lbs (ten)) for 6 weeks from 4-16-08 until 6-2-08. On 4-22-08 I presented the Chrono to mr. J. Lewis made a copy of it, and sent me back to my housing where the housing officer ask for my work card. I ask the Officer why he needed my work card, and he told me that he had received a phone call from Dialysis telling him to Confiscate my work card. On 5-23-08 RN. J. Lewis Submited a Chrono to have me removed from my job assigment. ("there is a copy of that Chrono in my C-file.")

I have not received the 602 (see: Inmate request for Interview Dated 7-7-08)

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE MASON, J77626                          Date: June 3, 2008
Current Housing: RNT200000000245S

From: INMATE APPEALS OFFICE

Re: APPEAL

ASSIGNED STAFF REVIEWER: E. MITCHELL, AW
APPEAL ISSUE: WORK INCENTIVE

Inmate MASON, this acts as a notice to you that your appeal has been sent to the above
staff for INFORMAL response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal to this office for the FIRST level of review.

D.B. Lewis, CCII / W.J. Sinkovich, CCII
Appeals Coordinator
California Medical Facility

1371758

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

NAME  *MASON, Demarc*

CDC NUMBER  *J77626*

HOUSING  *T245*

PATIENT SIGNATURE  *D. Mason*

DATE  *4/3/08*

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) *BACK problem*

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| | |
|---|---|
| Date / Time Received: *4/3/08  10:30* | Received by: *Jefferson J. RVCF* |
| Date / Time Reviewed by RN: *4/3/08  10:31* | Reviewed by: |

S: *"I WAS MOVING SOME BOXES AND*    Pain Scale:  1  2  3  4  5  6  7  8  9  10
*I TURNED TO MY RIGHT AND I FELT LIKE HEATED PAIN ON MY LOWER BACK".*

O:  T: *97.7*  P: *71*  R: *18*  BP: *140/85*  WEIGHT:  *O2 SAT 99%*
*PAIN 9/10 ON 0-10 PAIN SCALE. I/P's FACE HAS GRIMACE FROM PAIN.*
*I/P AWAKE, ALERT & ORIENTED X3. AMBULATORY, RESPIRATIONS EVEN & UNLABORED.*
*I/P ABLE TO DO LIMITED RANGE OF MOTION ON BACK. ⊖ SWELLING NOTED.*

A:  *PAIN AS EVIDENCED BY I/P's VERBALIZATION OF 9.5 PAIN LEVEL*

P:  *INSTRUCTED I/P TO PUT COLD PACK ON & OFF EVERY 20 MINUTES, COLD*
☐ See Nursing Encounter Form    *PACK ē PAPER TOWEL GIVEN TO I/P. REFER TO MD FOR REQUEST FOR PAIN MEDICATION.*

E:  *TAKE PRESCRIBED ANALGESICS AS ORDERED. CONTINUE USE OF COLD PACK 20 MINUTES ON AND OFF. TAKE ADEQUATE REST & MINIMIZE USE OF BACK MUSCLES FOR THE NEXT FEW DAYS. I/P VERBALIZED UNDERSTANDING OF THE INSTRUCTION.*

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☑ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|
| COMPLETED BY  *Jefferson J. RVCF* | NAME OF INSTITUTION  *CMF* |
| PRINT / STAMP NAME  *V. Jefferson* | SIGNATURE / TITLE  *Jefferson J. RVCF* | DATE/TIME COMPLETED  *4/3/08* |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| DATE | TIME | |
|---|---|---|
| 4/3/08 | 10:30 | An: 71    Rn 18    T 97.7 |
| 44 y/o | | O₂ Sat 99%    BP 110/85 |

44 y/o O₂ c/o LBP × 3 hours
after twisted back lifting a box
in Dialysis as a porter today.
Ø F/C, N/V/D/C, √, HA/cough, CP/SOB
Ø incontinence of urine or stool
Ø shooting pains

A+O×3° N/C/AT NAD sitting upright
PERRL EOMI nose/oro NTM clean
Chest — CTA Ⓑ RRR Ø RMG
Abd — NT ND soft BS⊕
Back — ⊕ spasm Ⓑ Lt → paraspinal
muscles, Flex 20° Ext 10° Lat 10° ii
Xray — L-spine — Neg fx fx seen

A/P 1) LB strain — Toradol 60 IM,
— Naprosyn 500 BID × 7d c̄ food,
Lay-in × 7 days
— PT referral
2) Health maintenance
— B₁₂, Folate, Phenytoin, Carbamazepine
Chem-11,    — F/U PCP 7 days

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST MI) AND DATE OF BIRTH |
|---|---|---|
| CMF | 7-24S | MASON, Domare<br>J77620 |

**INTERDISCIPLINARY PROGRESS NOTES**

CALIFORNIA MEDICAL FACILITY

RADIOLOGY REPORT

|  |  |
|---|---|
| NAME: | MASON, Demarc |
| CDC#: | J-77626 |
| HSG: | T-245 |
| AGE: | 44 |

ORDERING MD/OTHER:      F. Long, MD

TYPE OF X-RAY:      Lumbar spine

DATE OF X-RAY:      04/03/08

COMPARISON:  December 2005.

INDICATION:  None provided.

COMMENTS:  Vertebral bodies are intact without fracture or focal
disk protrusion.  Minimal disk narrowing at L5-S1 is seen.  This is
unchanged from previous images done in December 2005.  No evidence
of spondylolysis or spondylolisthesis is seen.  The sacroiliac
joints are normal.

IMPRESSION:  Minimal L5-S1 disk narrowing.  No change from the
previous study.

ANDREW J. NICKS, MD
Radiologist

D:  04/07/08    T:  04/08/08

AJN/djd

ORIGINAL
PLEASE SIGN
RETURN TO
MEDICAL REC

| NAME                CDC NUMBER | STATE OF CALIFORNIA–DEPARTMENT OF CORRECTIONS REQUEST FOR DIAGNOSTIC IMAGING SERVICES |
|---|---|

NAME: Mason Demarc J77626

| HOUSING | SEX | HEIGHT, | WEIGHT | BIRTHDATE |
|---|---|---|---|---|
| T2VN | M | 5 5 | 190 | 6/28/6 |

| REQUESTED EXAM(S) ARE: √ | | | RADIOLOGY USE ONLY |
|---|---|---|---|
| EMERGENT (STAT) | URGENT DAYS/HOURS: | ROUTINE 30 DAYS | R T INT   # FILMS   # EXPOSURES |

**ADDRESSOGRAPH**

**DETAILED PATIENT HISTORY PERTINENT TO EXAMINATION(S) ORDERED**

Low back pain

**RADIOGRAPHIC EXAMINATION(S) REQUESTED:  Mark all appropriate boxes to the left of the exam**

| CHEST CAVITY | CEPHALIC | EXTREMITIES | | | SPINES | KUB/SPECIALS |
|---|---|---|---|---|---|---|
| PA CHEST | FACIAL BONES | DIGIT(s) | RT SHOULDER | RT TIB-FIB | C-SPINE | KUB |
| PA-LAT CHEST | MANDIBLE | RT HAND | LT SHOULDER | LT TIB-FIB | LAT C-S | ACUTE ABDOMEN |
| PORT CHEST | MASTOIDS | LT HAND | RT SCAPULA | RT KNEE | SOFT NECK | UPPER GI |
| RT ANT RIB | NASAL BONE | RT WRIST | LT SCAPULA | LT KNEE | T-SPINE | ESOPHAGRAM |
| LT ANT RIB | ORBITS | LT WRIST | TOE(S) | R PATELLA | L-SPINE | SMALL BOWEL |
| RT POST RIB | SELLA TURCICA | R FOREARM | RT FOOT | L PATELLA | FLX/EXT | BARIUM ENEMA |
| LT POS RIB | SINUS SERIES | L FOREARM | LT FOOT | RT FEMUR | PELVIS | BE AIR CONT |
| STERNUM | TMJ | RT ELBOW | RT HEEL | LT FEMUR | RT HIP | CHOLECYSTOGRAM |
| AC JOINTS | SKULL | LT ELBOW | LT HEEL | | LT HIP | INTRAVENOUS PYLOGRAM |
| RT CLAVICLE | MRI SCREENING | R HUMERUS | RT ANKLE | | SI JOINTS | |
| LT CLAVICLE | | L HUMERUS | LT ANKLE | | SACRUM | RETROCYSTOGRAM |
| | | | | | COCCYX | CONTRABAND MOUTH TO ANNUS |
| | | | | | | |

**OTHER:**

| F. LONG | 22/8 | 4/3/08 |
|---|---|---|
| **NAME OF ORDERING PHYSICIAN** | **EXTENSION/PAGER** | **DATE ORDERED** |
| | | **DATE COMPLETED** |

**SCHEDULING OFFICE: Patient to return to Dr. _____ for test results in _____ days _____ weeks**

**Distribution**:  **White** (original): Radiology  **Pink**: Scheduling Office  **Golden Rod**: Unit Health Record

CDC-7214 (05/05) DRAFT

# CHRONIC CARE VISIT

List chronic diseases: (1) _____ ; (2) _____ ; (3) _____

**HISTORY:** (Attach a progress note form, if needed, to provide a more complete history)

☐ Pharmacy profile attached (or list current medications here)    T 97·3  P 59   R 18   WT. 191

No acute distress R/S for black pain S. Kerry    O2SAT 100%   B/P 143/89   CNA Signature

**Complaints/Problems:**

CV / Hypertension: Chest Pain: Yes No    SOB: Yes No    Asthma: # attacks since last visit: _____

Diabetes Mellitus: # of hypoglycemic reactions since last visit: _____    # short acting beta agonist canisters in last month: _____

Seizure Disorder: # seizures since last visit: _____    # visits to ETA for asthma since last visit: _____

ALL DISEASES: other new symptoms: Yes No  (if YES explain)    # times awakening with asthma symptoms per week: _____

Additional History: _____

CCP compliance with medications: yes no    diet: yes no    exercise: yes no

If no, describe:

**EXAM:** HEENT/Neck:                                    Rectal:

Heart:                                                   Neurological:

Lungs::                                                  Other (specify)

Abdomen:

Extremities/Pulses:

| | Comments on BP & Glucose Monitoring, labs |

**ASSESSMENT: Diagnoses**

I/P advised that had to go to urgent care if
I/P back pain ↑                                S. Kerry

| Diagnoses | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**PLAN:**

Medications:

Diagnostics:

Labs:

Monitoring: ☐ BP:    X day / week / month    ☐ Glucose:    X day / week / month    ☐ Peak flow    ☐ Other:

Education provided:    ☐ Nutrition  ☐ Exercise  ☐ Smoking  ☐ Test Results  ☐ Medication Management

☐ Other (specify):

Referral:    ☐ Specialist (indicate type):    ☐ Other Chronic Care Program (specify):

# days to next visit: ☐ 90  ☐ 60  ☐ 30  ☐ Other:    ☐ Discharge from CCP (specify):

Provider Signature _____    Date _____

CDC 7362 (REV. 11/92)
STATE OF CALIFORNIA         DEPARTMENT OF CORRECTIONS

CHRONIC CARE VISIT

| CDC NUMBER & NAME (LAST, FIRST), MIL, INSTITUTION |
| MASON, DEMARC |
| 02/28/63  M  BLA |

1365220

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☑    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|------|-----------|---------|
| MASON, Demarc | J-77626 | T-245 |

| PATIENT SIGNATURE | DATE |
|-------------------|------|
| D. Mason | 4-11-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

This is a fouth follow-up from the 2-2-08.
I need my Back looked at, and my Lay-in Ext.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | 4/19/08 | Received by: | [signature] |
|---|---|---|---|
| Date / Time Reviewed by RN: | 4/19/08 | Reviewed by: | [signature] |

S: c/o back pain    Pain Scale: 1  2  3  4  (5)  6  7  8  9  10

O:  T: 98.8    P: 58    R: 16    BP: 110/94    WEIGHT:

A: alt. in comfort / pain    — a/0 x 3

P: PT / MAGP    ambulates w/ cane
☐ See Nursing Encounter Form    c acute dist/ess

E: — take meds as prescribed    (4/8/06)
— Notify staff if pain gets    recc
worse

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|

| REFERRED TO PCP: | DATE OF APPOINTMENT: |
|---|---|

| COMPLETED BY | NAME OF INSTITUTION | |
|---|---|---|
| [signature] | CMF | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| DATE | TIME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

4/11/08 | 1320 | Vital signs: | RR 16 | P 58 | T 98-8 | BP 140/94 | Wt 187 O2 98%

**Subjective:** (reason for visit, and/or patient's complaints)

Pt twisted back while lifty box C unit on 4-3-08. Seen in B, + given Toradol shot + sent back c Naprosyn. Pt says he is getting a lot of muscle spasms + burning into lower back. Denies numbness or tingling into legs. No bowel or bladder dysfunction. Told to return to work but got ↑ pain. Has chronic back problem.

**Objective:** (include physical exam, results of diagnostic studies)

O₂×3   Pt c stiff gait - grimaces in pain
TTP L-S PVM ® spine wt to palp
Difficulty to forward flexion + twisting
N/v intact distal LE                    ○

**Assessment, diagnoses:**

Lumbar strain

**Plan:** Lay in → 4-18-08
Rx Robaxin 750 tid × 1wk prn spasm
   Motrin 600 tid prn pain × 1wk    (D/C Naprosyn)
Activity as tolerated
RTC prn      F/u PCM 1wk

**Education Provided:** Limit activities but do not do strict bedrest
Slow stretches / ROM exercises

**Clinician Signature:** [signature] CMP

| INSTITUTION | | ROOM/WING J2y5 |

CDC NUMBER, NAME (LAST, FIRST, MI)

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

Mason, Denaro
J77626

CDC 7254 (6/89)
STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS

CHRONIC CARE VISIT

List chronic diseases: (1) _____ (2) _____ (3) _____

HISTORY: (Attach a progress note form, if needed, to provide a more complete history)
☐ Pharmacy profile attached (or list current medications here)   T 98·6  P 60  R 18  WT. 186

O₂ SAT 100    B/p 153/95    CNA Signature

Complaints/Problems:
CV / Hypertension  Chest Pain: Yes No    SOB: Yes No          Asthma: # attacks since last visit:
Diabetes Mellitus   # of hypoglycemic reactions since last visit: ___   # short acting beta 2 agonist canisters in last month:
Seizure Disorder    # seizures since last visit: ___          # visits to ETA for asthma since last visit:
ALL DISEASES  other new symptoms: Yes  No  (if YES explain)  # times awakening with asthma symptoms per week:
Additional History:  Back getting better. Sprained it twice
ambulates ok.    gradual ↑ s/s

CCP compliance with medications: yes no    diet: yes no    exercise: yes no
If no, describe:

EXAM: HEENT/Neck:                          Rectal:
Heart:  Back = Points to lower Lumbar area.
                                           Neurological:
Lungs:  ∅ tenderness
                                           Other (specify)
Abdomen:  SLR. Neg.

Extremities/Pulses:                        Comments on BP & Glucose Monitoring, labs

ASSESSMENT: Diagnoses

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1 Lumbar Sprain. Improving. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 D/W how to use legs + not back to | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 lift weights. | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

PLAN:
Medications:  Cont NSAIDS, PRN

Diagnostics:  Avoid lifting heavy wt x 6W

Labs:  RTC as sched

Monitoring: ☐ BP:  X day / week / month  ☐ Glucose:  X day / week / month  ☐ Peak flow  ☐ Other:
Education provided: ☐ Nutrition  ☑ Exercise  ☐ Smoking  ☐ Test Results  ☐ Medication Management
☑ Other (specify):
Referral  ☐ Specialist (indicate in pt):        ☐ Other Chronic Care Program (specify):
# days to next visit: ☐ 90  ☐ 60  ☐ 30  ☐ Other:  ☐ Discharge from CCP (specify):

Provider Signature _____          Date 4/16/08

CDC NUMBER, NAME (LAST, FIRST, MI), INSTITUTION

MASON, TEMARC
07/28/63  *  BLA

## CHRONIC CARE VISIT

List chronic diseases: (1) _HIV_ ; (2) _Sz_ ; (3) _____

HISTORY: (Attach a progress note form, if needed, to provide a more complete history.)

☐ Pharmacy profile attached (or list current medications here)  T 98.4  P 57  R 20  WT. 189

Q SAT 100  B/p 160/92  CNA Signature

**Complaints/Problems:**

CV / Hypertension: Chest Pain: Yes No    SOB: Yes No

Diabetes Mellitus: # of hypoglycemic reactions since last visit: ____

Seizure Disorder: # seizures since last visit: ____

ALL DISEASES: other new symptoms: Yes No (if YES explain)

**Asthma:** # attacks since last visit:

# since taking beta agonist canister in last month: ____

# visits to ETA for asthma since last visit: ____

# times awakening with asthma symptoms per week: ____

**Additional History:** Sched for 2° low back chronic expiring 8/02

Also had labs done recently

Back getting better one oral ulcer

CCP compliance with medications: yes no    diet: yes no    exercise: yes no

If no, describe:

**EXAM: HEENT/Neck:**

Heart: RRR

Lungs: Clear

Abdomen: oral - tr aphthous sore

Extremities/Pulses:

Rectal:

Neurological:

Other (specify)

Comments on BP & Glucose Monitoring, labs
HIV - 9/1  CD4 603
LFTs 9/1

**ASSESSMENT: Diagnosis**

| | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|
| | G | F | P | NA | I | S | W | NA |
| 1. HIV Not on Rx - Rx not indicated | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 2. H/O Sz on AEDs | ☒ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
| 3. Lumbar spasm - Resolving | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**PLAN:**

Medications: Cont current meds · Kenalog orobase fasa

Diagnostics: Monitor LFTs closely

Labs: as ordered

Monitoring: ☐ BP:  X day / week / month  ☐ Glucose:  X day / week / month  ☐ Peak flow  ☐ Other:

Education provided: ☒ Nutrition ☐ Exercise ☐ Smoking ☐ Test Results ☐ Medication Management

☐ Other (specify):

Referral  ☐ Specialist (indicate type):  ☐ Other Chronic Care Program (specify):

# days to next visit: ☐ 90  ☐ 60  ☐ 30  ☒ Other: 6W  ☐ Discharge from CCP (specify):

Provider Signature _____  Date 5/28/08

OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS

CHRONIC CARE VISIT

MASON, TEMARC
07/28/63  M BLA

| DATE | TIME | |
|------|------|---|
| 6/16/08 | 1571 | **Vital signs:** RR 18 P 70 T 96.9 BP 119/75 |
| | | WT = 187 O2 = 99% Rn |

**Subjective:** (reason for visit, and /or patient's complaints)

- pt here f f/up
- pt has some complaints about back pn
said they sprained their back at the beginning
of April are now. still has some back pn

**Objective:** (include physical exam, results of diagnostic studies)

denied lower extremity weakness. denied
urinary/bowel problems. Denied any direct
trauma to back

back ?
nontender

x-ray - 4/08 - lumbar spr. minimal L4-5,
dev. narrowing
no △ from prev
study

**Assessment, diagnoses:**

① CBP. tried g NSAIDS f PRN
use d/w pt. pt agreed to talk
seen by PT 6/6/08 - it- Plan NO N KOA, DPVD, cr-w/N/l
② HIV not on CART Pcell N/l ax 1 week x3 week Rb started.

**Plan:** ③ HCV - good control

④ Sz d/o on dilantin - dst epmed.

⑤ Aggrentride or cr chg (4/08)
lipid panel next

**Education Provided:** ⑥ DSPV or calsaf. drawn 6/08
f/up in 30 days s /PRN stay

**Clinician Signature:** _[signature]_

| INSTITUTION | | ROOM/WING |
|-------------|---|-----------|
| CMF | | T-245S |

CDC NUMBER, NAME (LAST, FIRST, MI)

MASON, DEMARC
00/28/63 M BLA

**OUTPATIENT INTERDISCIPLINARY
PROGRESS NOTES**

CDC 7254 (8/89)
DEPARTMENT OF CORRECTIONS

*received*
*7-10-08*

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE 7-7-08 | TO CC II  Sinkovich | FROM (LAST NAME) MASON | CDC NUMBER J-77626 |
|---|---|---|---|

| HOUSING T-245 | BED NUMBER — | WORK ASSIGNMENT School | JOB HOURS FROM 8:00  TO 3:30 |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM                    TO

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I would like my 602 Back, So I can take it to it's next
level of review
            602 on work Incentive

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY                                                            DATE

DISPOSITION   our records indicate that it was Granted in
Part and Sent to you  on  6-13-08
                                    CC# Sinkovich, Appeals

# INMATE REQUEST FOR INTERVIEW

To: _D. B. Lewis, CC II_          Date: _7-1-08_

From: _MASON, D J-77626        T-245_
    (Last Name)       (Number)       (Housing)      (Bed Number)

Work Assignment _ABE I /School_          Job Hours _8:00_   To _3:30_

Other Assignment _None_          From _____ To _____
    (School, Therapy, etc.)

Kindly explain in detail your reason for requesting this interview. You will be called in for an interview in the near future if the matter cannot be handled by correspondence. Unless your problem is stated clearly, this form will be returned.

_I would like to know the status of the 602_
_on the issue: Work Incentive_
_I have also contacted my assigned Staff Reviewer_

---

(Do **Not** write below this line. If more space is required, write on back.)

Interviewed By: _____          Date: _____

Disposition: _____

_Informal Level Granted in Part on_
_6-13-08. That is all we know about it._

               _CC II Sinkovich, Appeals._

GA-22

**NAME and NUMBER**   Mason, Demarc   J 77626   T 245.

Above named pt. is not authorized to

lift weights more than 10 lbs (ten)

until 6/2/08

DATE 4/16/08

MEDICAL—PSYCHIATRIC—DENTAL

# Government Claims Form

**California Victim Compensation and Government Claims Board**
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 ▪ www.governmentclaims.ca.gov

**State of California**

**For Office Use Only**
**Claim No.:**

## Is your claim complete?

| | |
|---|---|
| ☐ | **New!** Include a check or money order for $25 payable to the State of California. |
| ☒ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☐ | Attach receipts, bills, estimates or other documents that back up your claim. |
| ☐ | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**①** MASON, Demarc m J-77626   **②** Tel:
Last name   First Name   MI

**③** Email:

**④** P.O. Box 2000 /T-245   VACAVILLE   CA 95696-2000
Mailing Address   City   State   Zip

**⑤** Best time and way to reach you: ANY Time / Mail

**⑥** Is the claimant under 18? ☐ Yes ☒ No   If YES, give date of birth:
MM   DD   YYYY

## Attorney or Representative Information

**⑦** MASON, Demarc m   **⑧** Tel:
Last name   First Name   MI

**⑨** Email:

**⑩** Same as Above   / /   / /   / /
Mailing Address   City   State   Zip

**⑪** Relationship to claimant:   / /

## Claim Information

**⑫** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? ☐ Yes ☒ No

State agency that issued the warrant:   If NO, continue to Step **⑬**

Dollar amount of warrant:   Date of issue:

Proceed to Step **㉒**.   MM   DD   YYYY

**⑬** Date of Incident: 4-22-08

Was the incident more than six months ago? ☐ Yes ☒ No
If YES, did you attach a separate sheet with an explanation for the late filing? ☐ Yes ☒ No

**⑭** State agencies or employees against whom this claim is filed:

J. Lewis RN   FC. S. Moreno   K. Hayward, CC-11
E. Ferreir RN   M. moran, CC-1 (A)
LT. D. Peterson

**⑮** Dollar amount of claim: $30,000

If the amount is more than $10,000, indicate the type of civil case:
☐ Limited civil case ($25,000 or less)
☒ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

$5,000 for each defendants individual capacity

**16** Location of the incident:

*C. M. F. Dialysis Clinic B-3, Program Review Unit IV*

**17** Describe the specific damage or injury:

*Wrongfull Termination, do to on the job injury*

*See Attach*

**18** Explain the circumstances that led to the damage or injury:

*See Attach*

**19** Explain why you believe the state is responsible for the damage or injury:

*See Attach*

**20** Does the claim involve a state vehicle?  ☐ Yes  ☒ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

*Name of Insurance Carrier*

*Mailing Address*                    *City*          *State*   *Zip*

| Policy Number: | | Tel: | |
|---|---|---|---|

Are you the registered owner of the vehicle?  ☐ Yes  ☐ No

If NO, state name of owner:

Has a claim been filed with your insurance carrier, or will it be filed?  ☐ Yes  ☐ No

Have you received any payment for this damage or injury?  ☐ Yes  ☐ No

If yes, what amount did you receive?

Amount of deductible, if any:

Claimant's Drivers License Number:          Vehicle License Number:

Make of Vehicle:          Model:          Year:

Vehicle ID Number:

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

*D. malon*                    *7-16-08*

*Signature of Claimant or Representative*          *Date*

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

*Name of State Agency*                    *Fund or Budget Act Appropriation No.*

*Name of Agency Budget Officer or Representative*          *Title*

*Signature*                    *Date*

VCGCB-GC-002 (Rev. 8/04)

# AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM

*(Request for Permission to Proceed In Forma Pauperis)*

**California Victim Compensation and Government Claims Board**
P.O. Box 3035
Sacramento, CA 95812-3035

**1-800-955-0045 ▪ www.governmentclaims.ca.gov**

| State of California |
| --- |
| **For Office Use Only**<br>Claim No.: |

---

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

## Claimant Information

**❶** MASON  Demetr  M
Last name    First Name    MI

**❷** Tel: ☐☐☐-☐☐☐-☐☐☐☐

**❸** Claim Number (if known):

## Employment Information

**❹** My occupation: *School*

My employer: *None*

Employer's Mailing Address *None*    City    State    Zip

My spouse's or partner's employer:

Employer's Mailing Address    City    State    Zip

**❺** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **㉓**.

Inmate Identification Number: *J-77626*

## Financial Information

**❻** I am receiving financial assistance from one or more of the following programs. ☐ Yes ☐ No

**If no, proceed to step ❼ If yes, check all that apply, then skip to step ㉔.**

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs

☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act

☐ Food Stamps

☐ County Relief, General Relief (GR), or General Assistance (GA)

**❼** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
| --- | --- | --- | --- | --- | --- |
| **A** ☐ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | There are more than 8 people in my family | |
| **E** ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. | |
| | | | | Number: ☐ | Total Income: ☐ |

**If you checked a box in step ❼ A through I, complete steps ❾ through ⑮. Then skip to step ㉔.**

**❽** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee. ☐ Yes ☐ No

**If yes, fill in steps ❾ through ㉔.**

## Monthly Income and Expenses

**9** My gross monthly pay is: $ _____  **10** My income changes each month: ☐ Yes  ☐ No

**11** Number of persons living in my home: _____  **12** Other money I get each month:

| | Name | Age | Relationship | Monthly Income | | Source | |
|---|---|---|---|---|---|---|---|
| A | | | | $ | A | | $ |
| B | | | | $ | B | | $ |
| C | | | | $ | C | | $ |
| D | | | | $ | D | | $ |
| E | | | | $ | E | | $ |
| F | | | | $ | F | | $ |

**15** My total gross monthly household income: $ _____  **13** Total other money: $ _____

**16** My payroll deductions are:  **14** My monthly income: $ _____

| | | | | |
|---|---|---|---|---|
| A | $ | E | | $ |
| B | $ | F | | $ |
| C | $ | G | | $ |
| D | $ | H | | $ |

**17** My total payroll deduction amount is: $ _____

**18** My monthly take home pay is $ _____  **19** My net monthly income: $ _____

**20** I own or have interest in the following property:

| A | Cash | $ | C | Cars, other vehicles, and boats (List make and year) | | |
|---|---|---|---|---|---|---|
| B | Checking and savings (List banks): | | | Property | Value | Loan Balance |
| | 1) | $ | | 1) | $ | $ |
| | 2) | $ | | 2) | $ | $ |
| | 3) | $ | | 3) | $ | $ |
| | 4) | $ | D | Real estate (List addresses) | | |
| | | | | 1) | $ | $ |
| | | | | 2) | $ | $ |

**21** My monthly expenses are:

| | | | | | | |
|---|---|---|---|---|---|---|
| A | Rent or house payment | $ | J | Installment payments (specify) | | |
| B | Food and household supplies | $ | | 1) | $ | |
| C | Utilities and telephone | $ | | 2) | $ | |
| D | Clothing | $ | | 3) | $ | |
| E | Laundry and cleaning | $ | | Total installment payments: | $ | |
| F | Medical and dental | $ | K | Wage assignment or withholdings | $ | |
| G | Insurance | $ | L | Spousal or child support | $ | |
| H | School, child care | $ | M | Other: | | |
| I | Transportation and auto expenses | $ | | 1) | $ | |
| | | | | 2) | $ | |
| | | | | Total other expenses: | $ | |

**22** | | | Total monthly expenses: | $ |

**23** I have attached other information that supports this application on a separate sheet.    ☒ Yes  ☐ No

## Signature Section

**24** *I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.*

_D. melon_                                    7-16-08

Signature of Claimant                         Date

VCGCB-GC-0010 8/04

# Government Claims Form

**California Victim Compensation and Government Claims Board**
**P.O. Box 3035**
**Sacramento, CA 95812-3035**

**1-800-955-0045 ▪ www.governmentclaims.ca.gov**

State of California

For Office Use Only
Claim No.:

## Is your claim complete?

| | |
|---|---|
| ☐ | *New!* Include a check or money order for $25 payable to the State of California. |
| ☒ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☐ | Attach receipts, bills, estimates or other documents that back up your claim. |
| ☐ | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**①** MASON, Demarc M   J-77626

*Last name*   *First Name*   *MI*

**②** Tel:

**③** Email:

**④** P.O. Box 2000 /T-245   VACAVILLE   CA   95696-2000

*Mailing Address*   *City*   *State*   *Zip*

**⑤** Best time and way to reach you: ANY TIME / MAIL

**⑥** Is the claimant under 18? ☐ Yes ☒ No   If YES, give date of birth: ___ / ___ / ___

MM   DD   YYYY

## Attorney or Representative Information

**⑦** MASON, Demarc M

*Last name*   *First Name*   *MI*

**⑧** Tel:

**⑨** Email:

**⑩** Same as above   / /   / /   / /

*Mailing Address*   *City*   *State*   *Zip*

**⑪** Relationship to claimant: / /

## Claim Information

**⑫** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? ☐ Yes ☒ No

State agency that issued the warrant:   If NO, continue to Step **⑬**

Dollar amount of warrant:   Date of issue: ___ / ___ / ___

Proceed to Step **㉒**   MM   DD   YYYY

**⑬** Date of Incident: 4-22-08

Was the incident more than six months ago? ☐ Yes ☒ No
If YES, did you attach a separate sheet with an explanation for the late filing? ☐ Yes ☒ No

**⑭** State agencies or employees against whom this claim is filed:

J. Lewis RN   FC. S. Moreno   K. Hayward, CC-11
E. Ferreir RN   M. Moran, CC-1 (A)
LT. D. Peterson

**⑮** Dollar amount of claim: $30,000

If the amount is more than $10,000, indicate the type of civil case:   ☐ Limited civil case ($25,000 or less)   ☒ Non-limited civil case (over $25,000)

Explain how you calculated the amount:

$5,000 for each defendant's individual capacity

**16** Location of the incident:

*C. M. F. Dialysis Clinic B-3, Program Review Unit IV*

**17** Describe the specific damage or injury:

*Wrongfull Termination, do to on the job injury*

*See Attach*

**18** Explain the circumstances that led to the damage or injury:

*See Attach*

**19** Explain why you believe the state is responsible for the damage or injury:

*See Attach*

**20** Does the claim involve a state vehicle?   ☐ Yes   ☒ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

Name of Insurance Carrier

| Mailing Address | City | State | Zip |
|---|---|---|---|

Policy Number:                    Tel:

Are you the registered owner of the vehicle?   ☐Yes   ☐No

If NO, state name of owner:

Has a claim been filed with your insurance carrier, or will it be filed?   ☐Yes   ☐No

Have you received any payment for this damage or injury?   ☐Yes   ☐No

If yes, what amount did you receive?

Amount of deductible, if any:

Claimant's Drivers License Number:              Vehicle License Number:

Make of Vehicle:              Model:              Year:

Vehicle ID Number:

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

*L. Macon*                    *7-16-08*

Signature of Claimant or Representative              Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

Name of State Agency                    Fund or Budget Act Appropriation No.

Name of Agency Budget Officer or Representative              Title

Signature                    Date

VCGCB-GC-002 (Rev. 8/04)

# Government Claims Form
## California Victim Compensation and Government Claims Board
P.O. Box 3035
Sacramento, CA 95812-3035

1-800-955-0045 ▪ www.governmentclaims.ca.gov

**State of California**

**For Office Use Only**
**Claim No.:**

## Is your claim complete?

| | |
|---|---|
| ☐ | New! Include a check or money order for $25 payable to the State of California. |
| ☒ | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| ☒ | Attach receipts, bills, estimates or other documents that back up your claim. |
| ☐ | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**①** *MASON, Demar m* J-77626    **②** Tel:
Last name    First Name    MI    **③** Email:

**④** *P.O. BOX 2000 /F-245-* *VACAVILLE* CA 95696-2000
Mailing Address    City    State    Zip

**⑤** Best time and way to reach you: *ANY TIME / MAIL*

**⑥** Is the claimant under 18? ☐ Yes ☒ No    If YES, give date of birth:
MM    DD    YYYY

## Attorney or Representative Information

**⑦** *MASON, Demar m*    **⑧** Tel:
Last name    First Name    MI    **⑨** Email:

**⑩** *SAME as above* / /    / /    / /
Mailing Address    City    State    Zip

**⑪** Relationship to claimant: / /

## Claim Information

**⑫** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? ☐ Yes ☒ No

State agency that issued the warrant:    If NO, continue to Step **⑬**

Dollar amount of warrant:    Date of issue:
MM    DD    YYYY

Proceed to Step **㉒**

**⑬** Date of Incident: *4-22-08*

Was the incident more than six months ago? ☐ Yes ☒ No
If YES, did you attach a separate sheet with an explanation for the late filing? ☐ Yes ☒ No

**⑭** State agencies or employees against whom this claim is filed:
*J. Lewis RN    FC. S. MORENO    K. HAYWARD, CC-11*
*E. Ferreir RN    M. MORAN, CC-1 (A)*
*LT. D. Peterson*

**⑮** Dollar amount of claim: *$30,000*

If the amount is more than $10,000, indicate the type of civil case: ☐ Limited civil case ($25,000 or less) ☒ Non-limited civil case (over $25,000)

Explain how you calculated the amount:
*$5,000 for each defendants individual capacity*

**16** Location of the incident:

*C. M. F. Dialysis Clinic B-3, Program Review Unit IV*

**17** Describe the specific damage or injury:

*Wrongfull Termination, do to on the job injury*

*See Attach*

**18** Explain the circumstances that led to the damage or injury:

*See Attach*

**19** Explain why you believe the state is responsible for the damage or injury:

*See Attach*

**20** Does the claim involve a state vehicle?    ☐ Yes    ☒ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21**

Name of Insurance Carrier

| Mailing Address | City | State | Zip |
|---|---|---|---|

Policy Number:                                      Tel:

| Are you the registered owner of the vehicle? | ☐Yes | ☐No |
|---|---|---|
| If NO, state name of owner: | | |
| Has a claim been filed with your insurance carrier, or will it be filed? | ☐Yes | ☐No |
| Have you received any payment for this damage or injury? | ☐Yes | ☐No |

If yes, what amount did you receive?

Amount of deductible, if any:

Claimant's Drivers License Number:                    Vehicle License Number:

Make of Vehicle:              Model:              Year:

Vehicle ID Number:

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72).

*E. malon*                                        7-16-08

Signature of Claimant or Representative                    Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento.

## For State Agency Use Only

**24**

Name of State Agency                                    Fund or Budget Act Appropriation No.

Name of Agency Budget Officer or Representative                Title

Signature                                              Date

VCGCB-GC-002 (Rev. 8/04)

# AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS FILING FEE AND FINANCIAL INFORMATION FORM

*(Request for Permission to Proceed In Forma Pauperis)*

**California Victim Compensation and Government Claims Board**
**P.O. Box 3035**
**Sacramento, CA 95812-3035**

**1-800-955-0045 • www.governmentclaims.ca.gov**

State of California

For Office Use Only
Claim No.:

---

> **I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.**

## Claimant Information

**1** MASON    Demest    M
Last name    First Name    MI

**2** Tel:

**3** Claim Number (if known):

## Employment Information

**4** My occupation: School
My employer: None

Employer's Mailing Address None    City    State    Zip

My spouse's or partner's employer:

Employer's Mailing Address    City    State    Zip

**5** If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **23**.

Inmate Identification Number: J-77626

## Financial Information

**6** I am receiving financial assistance from one or more of the following programs.  ☐ Yes  ☐ No

If no, proceed to step **7** If yes, check all that apply, then skip to step **24**.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act
☐ Food Stamps
☐ County Relief, General Relief (GR), or General Assistance (GA)

**7** Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** ☐ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | There are more than 8 people in my family | |
| **E** ☐ | 5 | $2,294.79 | | Add $331.25 for each additional person. | |

Number: ____ Total Income: ____

If you checked a box in step **7** A through I, complete steps **9** through **15**. Then skip to step **24**.

**8** My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.  ☐ Yes  ☐ No

If yes, fill in steps **9** through **24**.

## Monthly Income and Expenses

**9** My gross monthly pay is: $ 

**10** My income changes each month: ☐ Yes ☐ No

**11** Number of persons living in my home:

**12** Other money I get each month

| | Name | Age | Relationship | Monthly Income | | Source: | |
|---|---|---|---|---|---|---|---|
| **A** | | | | $ | **A** | | $ |
| **B** | | | | $ | **B** | | $ |
| **C** | | | | $ | **C** | | $ |
| **D** | | | | $ | **D** | | $ |
| **E** | | | | $ | **E** | | $ |
| **F** | | | | $ | **F** | | $ |

**15** My total gross monthly household income: $      **13** Total other money: $

**16** My payroll deductions are:      **14** My monthly income: $

| | | | | | | |
|---|---|---|---|---|---|---|
| **A** | | $ | **E** | | | $ |
| **B** | | $ | **F** | | | $ |
| **C** | | $ | **G** | | | $ |
| **D** | | $ | **H** | | | $ |

**17** My total payroll deduction amount is: $

**18** My monthly take home pay is $      **19** My net monthly income: $

**20** I own or have interest in the following property:

**A** Cash $

**C** Cars, other vehicles, and boats (List make and year)

**B** Checking and savings (List banks):

| Property | Value | Loan Balance |
|---|---|---|
| 1) $ | $ | $ |
| 2) $ | $ | $ |
| 3) $ | $ | $ |
| 4) $ | | |

**D** Real estate (List addresses)

| | Value | Loan Balance |
|---|---|---|
| 1) | $ | $ |
| 2) | $ | $ |

**21** My monthly expenses are:

| | | | | |
|---|---|---|---|---|
| **A** Rent or house payment | $ | **J** Installment payments (specify) | | |
| **B** Food and household supplies | $ | 1) | $ | |
| **C** Utilities and telephone | $ | 2) | $ | |
| **D** Clothing | $ | 3) | $ | |
| **E** Laundry and cleaning | $ | Total installment payments: | $ | |
| **F** Medical and dental | $ | **K** Wage assignment or withholdings | $ | |
| **G** Insurance | $ | **L** Spousal or child support | $ | |
| **H** School, child care | $ | **M** Other: | | |
| **I** Transportation and auto expenses | $ | 1) | $ | |
| | | 2) | $ | |
| | | Total other expenses: | $ | |

**22** Total monthly expenses: $

**23** I have attached other information that supports this application on a separate sheet.    ☒ Yes  ☐ No

## Signature Section

**24** I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.

_Signature of Claimant_      7-16-08

_Date_

VCGCB-GC-0010 8/04

# AFFIDAVIT FOR WAIVER OF GOVERNMENT CLAIMS
## FILING FEE AND FINANCIAL INFORMATION FORM
### *(Request for Permission to Proceed In Forma Pauperis)*
**California Victim Compensation and Government Claims Board**
P.O. Box 3035
Sacramento, CA 95812-3035

**1-800-955-0045 • www.governmentclaims.ca.gov**

State of California

For Office Use Only
Claim No.:

---

*I request a fee waiver so that I do not have to pay the $25 fee to file a government claim with the Victim Compensation and Government Claims Board. I cannot pay any part of the fee.*

## Claimant Information

**1** | *MASON*  *Demat*  *M*
Last name      First Name      MI

**2** | Tel: [ ][ ][ ]-[ ][ ][ ]-[ ][ ][ ][ ]

**3** | Claim Number (if known):

## Employment Information

**4** | My occupation: *School*
My employer: *None*

Employer's Mailing Address *None*      City      State      Zip

My spouse's or partner's employer:

Employer's Mailing Address      City      State      Zip

**5** | If you are an inmate in a correctional facility, please attach a certified copy of your trust account balance, enter your inmate identification number below and skip to step **23**.

Inmate Identification Number: *J-77626*

## Financial Information

**6** | I am receiving financial assistance from one or more of the following programs.   ☐ Yes   ☐ No

If no, proceed to step **7** If yes, check all that apply, then skip to step **24**.

☐ SSI and SSP: Supplemental Security Income and State Supplemental Payments Programs
☐ CalWORKS: California Work Opportunity and Responsibility to Kids Act
☐ Food Stamps
☐ County Relief, General Relief (GR), or General Assistance (GA)

**7** | Number in my household and my gross monthly household income, if it is the following amount or less:

| | Number | Monthly family income | | Number | Monthly family income |
|---|---|---|---|---|---|
| **A** ☐ | 1 | $969.79 | **F** ☐ | 6 | $2,626.04 |
| **B** ☐ | 2 | $1,301.04 | **G** ☐ | 7 | $2,957.29 |
| **C** ☐ | 3 | $1,632.29 | **H** ☐ | 8 | $3,288.54 |
| **D** ☐ | 4 | $1,963.54 | **I** ☐ | | There are more than 8 people in my family |
| **E** ☐ | 5 | $2,294.79 | | | Add $331.25 for each additional person. |

Number: [ ]   Total Income: [ ]

If you checked a box in step **7** A through I, complete steps **9** through **15**. Then skip to step **24**.

**8** | My income is not enough to pay for the common necessities of life for me and the people in my family, and also pay the filing fee.   ☐ Yes   ☐ No

If yes, fill in steps **9** through **24**.

# Monthly Income and Expenses

| | | |
|---|---|---|
| **9** | My gross monthly pay is: $ | **10** My income changes each month: ☐ Yes ☐ No |

**11** Number of persons living in my home:

**12** Other money I get each month:

| | Name | Age | Relationship | Monthly Income | | Source: | |
|---|---|---|---|---|---|---|---|
| **A** | | | | $ | **A** | | $ |
| **B** | | | | $ | **B** | | $ |
| **C** | | | | $ | **C** | | $ |
| **D** | | | | $ | **D** | | $ |
| **E** | | | | $ | **E** | | $ |
| **F** | | | | $ | **F** | | $ |

| | | | | |
|---|---|---|---|---|
| **15** My total gross monthly household income: | $ | **13** Total other money: | $ | |

| | | | |
|---|---|---|---|
| **16** My payroll deductions are: | | **14** My monthly income: | $ |

| | | | | | |
|---|---|---|---|---|---|
| **A** | | $ | **E** | | $ |
| **B** | | $ | **F** | | $ |
| **C** | | $ | **G** | | $ |
| **D** | | $ | **H** | | $ |

| | | |
|---|---|---|
| **17** My total payroll deduction amount is: | | $ |

| | | | | |
|---|---|---|---|---|
| **18** My monthly take home pay is | $ | **19** My net monthly income: | $ | |

**20** I own or have interest in the following property:

| **A** | Cash | $ | **C** | Cars, other vehicles, and boats (List make and year) | | |
|---|---|---|---|---|---|---|
| **B** | Checking and savings (List banks): | | | Property | Value | Loan Balance |
| 1) | | $ | 1) | | $ | $ |
| 2) | | $ | 2) | | $ | $ |
| 3) | | $ | 3) | | $ | $ |
| 4) | | $ | **D** | Real estate (List addresses) | | |
| | | | 1) | | $ | $ |
| | | | 2) | | $ | $ |

**21** My monthly expenses are:

| | | | | | | |
|---|---|---|---|---|---|---|
| **A** | Rent or house payment | $ | **J** | Installment payments (specify) | | |
| **B** | Food and household supplies | $ | 1) | | $ | |
| **C** | Utilities and telephone | $ | 2) | | $ | |
| **D** | Clothing | $ | 3) | | $ | |
| **E** | Laundry and cleaning | $ | | Total installment payments: | | $ |
| **F** | Medical and dental | $ | **K** | Wage assignment or withholdings | | $ |
| **G** | Insurance | $ | **L** | Spousal or child support | | $ |
| **H** | School, child care | $ | **M** | Other: | | |
| **I** | Transportation and auto expenses | $ | 1) | | $ | |
| | | | 2) | | $ | |
| | | | | Total other expenses: | | $ |
| **22** | | | | Total monthly expenses: | | $ |

| | | | |
|---|---|---|---|
| **23** | I have attached other information that supports this application on a separate sheet. | ☒ Yes | ☐ No |

## Signature Section

| | |
|---|---|
| **24** | *I declare under penalty of perjury under the laws of the state of California that the information on this form and all the attachments is true and correct.* |

Signature of Claimant _____     Date  7-16-08

VCGCB-GC-0010 8/04

D. MASON J-77626
P.O. Box 2000 / T-245
VACAVIlle, CA 95696-2000



Clerk of the United States District Court for the Northern

District of California

450 Golden Gate AV, Box 36060

San Francisco, CA 94102





Legal Mail



022708