E-filing

**FILED**
AUG 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MASON, Demarc M., Plaintiff,

vs.

J. Lewis, (RN)
E. Ferreir, (RN) S. Moreno, (FC)
D. Peterson, (LT)
M. Moran, (CCI(A))
K. Hayward, (CC II)

Defendant.

CASE NO. CV 08 3861 SBA (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, D. Mason, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 1 -

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  <u>Sea world (San Diego)</u>
4
5
6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:

    a.  Business, Profession or self employment     Yes ___ No ___

    b.  Income from stocks, bonds, or royalties?     Yes ___ No ___

    c.  Rent payments?     Yes ___ No ___

    d.  Pensions, annuities, or life insurance payments?     Yes ___ No ___

    e.  Federal or State welfare payments, Social Security or other government source?     Yes ☒ No ___

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  <u>I received one Payment in the amount $117.00</u>
21  <u>from the V.A. in February.</u>
22  3.  Are you married?      Yes ___ No ☒
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____ Net $_____
27  4.  a.  List amount you contribute to your spouse's support: $_____
28      b.  List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS     - 2 -

| | |
|---|---|
| 1 | , and indicate how much you contribute toward their support. (NOTE: For minor |
| 2 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.). |
| 3 | _____ |
| 4 | _____ |
| 5 | 5.   Do you own or are you buying a home?       Yes ____ No ✗ |
| 6 | Estimated Market Value: $_____ Amount of Mortgage: $_____ |
| 7 | 6.   Do you own an automobile?             Yes ____ No ✗ |
| 8 | Make _____ Year _____ Model _____ |
| 9 | Is it financed? Yes ____ No ____ If so, Total due: $ _____ |
| 10 | Monthly Payment: $ _____ |
| 11 | 7.   Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.) |
| 12 | Name(s) and address(es) of bank: _____ |
| 13 | _____ |
| 14 | Present balance(s): $ _____ |
| 15 | Do you own any cash? Yes ____ No ✗ Amount: $ _____ |
| 16 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated |
| 17 | market value.)   Yes ____ No ✗ |
| 18 | _____ |
| 19 | 8.   What are your monthly expenses? |
| 20 | Rent: $ ⊘                       Utilities: ⊘ |
| 21 | Food: $ ⊘                       Clothing: ⊘ |
| 22 | Charge Accounts: |
| 23 | Name of Account          Monthly Payment          Total Owed on This Acct. |
| 24 | _____              $ _____              $ _____ |
| 25 | _____              $ _____              $ _____ |
| 26 | _____              $ _____              $ _____ |
| 27 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom |
| 28 | they are payable. Do not include account numbers.) |

1 | $6,000 in Restitution & Fines
2 |
3 | 10.  Does the complaint which you are seeking to file raise claims that have been presented in
4 | other lawsuits?  Yes ___ No ✓
5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6 | they were filed.
7 |
8 |
9 |       I consent to prison officials withdrawing from my trust account and paying to the court the
10 | initial partial filing fee and all installment payments required by the court.
11 |       I declare under the penalty of perjury that the foregoing is true and correct and understand
12 | that a false statement herein may result in the dismissal of my claims.
13 |
14 | 7-22-08                                    D. mason
15 |     DATE                                 SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 4 -