IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMARC M. MASON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. LEWIS, et al.,<br><br>　　　　Defendants. _____/ | No. C 08-03861 SBA (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at the California Medical Facility, which is located in the Eastern District of California, and it appears that the Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. Plaintiff's application for in forma pauperis is TERMINATED as moot.

IT IS SO ORDERED.

DATED: 10/17/08

　　　　　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\CR.08\Mason3861.Transfer.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DEMARC M MASON,

        Plaintiff,

  v.

J LEWIS et al,

        Defendant.

Case Number: CV08-03861 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Demarc M. Mason J-77626
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

Dated: October 20, 2008

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.08\Mason3861.Transfer.frm2